IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF THOMAS L. BELL TO PRACTICE DENTISTRY.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Friedman & D'Alessandro* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Avrom J. Gold* for the respondent.

July 1, 1966. Denied.

IDA GREENBERG, *IND., ETC.*, PLAINTIFF-PETITIONER, v. METROPOLITAN LIFE INSURANCE COMPANY, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Winetsky, Brody & Winetsky* for the petitioner.

*Messrs. McCarter & English* and *Mr. Eugene M. Haring* for the respondent.

July 1, 1966. Denied.

ANNA BROOKS, PETITIONER-RESPONDENT, v. DEE REALTY CO., INC., RESPONDENT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. Joseph T. Ryan* for the petitioner.

*Mr. Francis Sorin* for the respondent.

July 1, 1966. Denied.